Case 6:16-cr-00039-C   Document 12   Filed 12/19/16   Page 1 of 1   PageID 26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 DEC 19  PM 5: 07
DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | CASE NO. 6:16-CR-00039-C-BQ-1 |
| | § § § | |
| **AI SHU CHENG** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**AI SHU CHENG,** by consent, under authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the *Felony Information*. After cautioning and examining **AI SHU CHENG,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **AI SHU CHENG,** be adjudged guilty and have sentence imposed accordingly.

Date: December 19, 2016.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).